1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:   (510) 637-3724
        E-Mail:      Joshua.Hill2@usdoj.gov
8

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR-10-0543-DLJ
                                       )
14             Plaintiff,              )   ORDER TO EXCLUDE TIME UNDER
                                       )   THE SPEEDY TRIAL ACT
15       v.                            )
                                       )
16  MARTIN ROSS,                       )
                                       )
17             Defendant.              )
    _____)
18

19         The parties appeared for an initial appearance on August 12, 2010.  The matter was

20  continued to August 23, 2010 for formal arraignment and detention hearing.  Defense counsel

21  has to prepare a financial affidavit in order to be appointed by the Court.  In addition, the

22  government is in the process of producing discovery.  Defense counsel will require time to

23  review the discovery.  Based upon the representation of counsel and for good cause shown, the

24  Court finds that failing to exclude the time between August 12, 2010 and August 23, 2010 would

25  unreasonably deny the government and the defense the reasonable time necessary for effective

26  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

27  The Court further finds that the ends of justice served by excluding the time between August 12,

28  2010 and August 23, 2010 from computation under the Speedy Trial Act outweigh the best

1    interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the

2    time between August 12, 2010 and August 23, 2010 shall be excluded from computation under

3    the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

4

5    DATED: August  21, 2010

6                                                        HONORABLE DONNA M. RYU
                                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28