1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,       )   No. CR-10-0543 PJH
                                    )
14           Plaintiff,             )
                                    )   ORDER TO EXCLUDE TIME UNDER
                                    )   THE SPEEDY TRIAL ACT
15     v.                           )
                                    )
16  MARTIN ROSS,                    )
                                    )
17           Defendant.             )
                                    )
18

19     The parties appeared for a detention hearing on August 23, 2010.  The matter was

20  continued to August 27, 2010 for a change of plea.  Defense counsel stated that he required

21  additional time to discuss the discovery in the case with the defendant.  Based upon the

22  representation of counsel and for good cause shown, the Court finds that failing to exclude the

23  time between August 23, 2010 and August 27, 2010 would unreasonably deny the government

24  and the defense the reasonable time necessary for effective preparation, taking into account the

25  exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends

26  of justice served by excluding the time between August 23, 2010 and August 27, 2010 from

27  computation under the Speedy Trial Act outweigh the best interests of the public and the

28  defendant in a speedy trial.  Therefore, it is hereby ordered that the time between August 23,

ORDER TO EXCLUDE TIME
CR-10-0543 PJH

1  2010 and August 27, 2010 shall be excluded from computation under the Speedy Trial Act.  18
2  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3

4  DATED: August  30, 2010                    _____
                                              HONORABLE DONNA M. RYU
5                                             United States Magistrate Judge

ORDER TO EXCLUDE TIME
CR-10-0543 PJH                    -2-